IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ENTERED ON DOCKET

6/30/2010

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| JERRY SHANE HARTZOG | ) NO. 05-40226 |
| EMILY INEZ HARTZOG | ) |
| | ) |
| Debtor | ) |
| | ) |
| REGIONS BANK D/B/A/ REGIONS MORTGAGE | ) JUDGE: PAUL W. BONAPFEL |
| | ) |
| Movant | ) |
| | ) |
| vs. | ) CHAPTER 13 |
| | ) |
| JERRY SHANE HARTZOG | ) |
| EMILY INEZ HARTZOG | ) |
| MARY IDA TOWNSON, Trustee | ) |
| Respondents | |

ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

On the 16th day of March, 2010, the Trustee issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $3,679.22 ($3,254.35 for the principal and $424.87 for the interest) on behalf of Regions Bank d/b/a Regions Mortgage. On _May 25_, 2010, Claimant filed petition seeking payment. The Motion and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $3,679.22 payable to Regions Bank d/b/a/

Regions Mortgage, and shall send said check to payee at the following address:  P.O. Box 1860, Memphis, Tennessee  38101.

SO ORDERED this 25 day of June ,2010.

PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

A. MICHELLE HART, BAR NO. 334291
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(678) 281-6537
(800) 275-7171

Consented To:

Mary Ida Townson, Chapter 13 Trustee
Bar No. 715062